IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **United States of America** | * | **Criminal Indictment** |
| | * | **No. 1:05 CR-045** |
| v. | * | |
| | * | |
| **Larry Bolton** | * | |

**ORDER**

On February 16, 2005, Defendant, Larry Bolton was released on a $20,000 unsecured bond signed by the Honorable Linda T. Walker and ordered to surrender his passport to Pretrial Services. On March 16, 2007, the case against the defendant was dismissed. The defendant is now requesting the return of his passport.

IT IS HEREBY ORDERED that the probation officer return the defendant's passport to him, which passport was surrendered as a part of his bond conditions.

SO ORDERED, this 28 day of March, 2007.

_____
Linda T. Walker
United States Magistrate Judge